IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMERGING GROWTH RESEARCH, et al.,

    Plaintiffs,

v.

DOES 1 through 25,

    Defendants.

No. C 11-01648 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION TO REMAND**

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation ("Report") regarding Plaintiff's motion to remand. The time for filing objections has passed, and there have been no objections filed thereto. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court GRANTS Plaintiff's motion to remand. This matter is REMANDED to San Francisco Superior Court. The Clerk is directed to remand this action forthwith

**IT IS SO ORDERED.**

Dated: September 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE